THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* ALEXANDER JEFFERSON, *Appellant.* — Conviction and judgment affirmed. Opinion by BARNARD, P. J.

IN THE MATTER OF THE ESTATE OF ABIGAIL HALL.— Order of surrogate affirmed, with costs and disbursements. Opinion by PRATT, J.

IN THE MATTER OF THE PETITION OF ULRICH MAURER.— Order reversed and child awarded to the mother, with costs and disbursements. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

DANIEL B. WESSON, *Respondent, v.* JOSEPH MARSHALL, *Appellant.*— Order reversed, with costs and disbursements and motion granted, with ten dollars costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

HENRY HOFFMAN, *Appellant, v.* WILLIAM S. MARRIN and MARY A. MARRIN, *Respondents, Impleaded, etc.*— Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

EDWARD J. BURROWES, *Respondent, v.* JOHN M. PECK, *Appellant.*— Judgment affirmed, with costs. Opinion by PRATT, J.

WILLIAM S. PETERKIN, *Respondent, v.* CATHARINE COSTELLO, *Appellant, Impleaded, etc.*— Motion denied, with costs. Opinions by BARNARD, P. J. and DYKMAN, J.

BENJAMIN E. SULLARD, *Appellant, v.* MARIA SHRIVE, *Respondent.*— Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.; BARNARD, P. J., dissenting.

JULIA MATHER, *as Administratrix, Appellant, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Respondent.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.

DAVID MILLER, *Respondent, v.* DANIEL W. L. MOORE, *Appellant.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.

WILLIAM K. McCLEES, *Respondent, v.* JOHN H. BIRD, *Appellant.*— Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by DYKMAN, J.; PRATT, J., not sitting.

HERBERT G. ROBERTS, *Appellant, v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Respondent.*— Judgment affirmed, with costs. Opinion by BARNARD, P. J.

EUGENE ODELL and another, *Respondents, v.* ABRAHAM B. ODELL and others, *Appellants.*— Part of judgment appealed from affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

MATHEW C. UHRIG, *Respondent, v.* CHARLES A. SILVER, *Appellant.*— Judgment and order denying new trial and order denying reference reversed, and new trial granted, unless plaintiff stipulates to reduce judgment to eighty-two dollars and fifty cents. No costs of appeal. Opinions by BARNARD, P. J., and PRATT, J.